# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D23-0349
LT Case No. 2021-CA-0099

————————————————

THE ASPIRE AT AMELIA, LLC
D/B/A THE LAKESIDE AT AMELIA
ISLAND; ARBOR CP, LLC; AND
MELISSA A. SLOPER,

    Appellants,

    v.

A.J. TULLY AND JOAN TULLY, AS
PERSONAL REPRESENTATIVES OF
THE ESTATE OF THOMAS A.
TULLY, DECEASED,

    Appellees.

————————————————

On appeal from the Circuit Court for Nassau County.
Eric C. Roberson, Judge.

Geoffrey D. Sessions and Adam G. Prom, of Hall Booth Smith,
P.C., Jacksonville, for Appellants.

Jessie L. Harrell, of the Harrell Firm, Jacksonville, for Appellees.

September 19, 2023

PER CURIAM.

    AFFIRMED.

EISNAUGLE, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____